# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*July 25, 2021*

Nathan Ochsner, Clerk of Court

United States of America
v.

Thomas GONZALEZ Y.O.B: 1996
Citizenship: USA

*Defendant(s)*

Case No. 7:21mj1607-1

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 25, 2021__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952<br>21 USC § 841 | Knowingly and intentionally import into the United States from Mexico approximately 51.10 kilograms of methamphetamine, a Schedule II controlled substance, and did knowingly and intentionally possess with the intent to distribute approximately 51.10 kilograms of methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

Continued on the attached sheet and made part of this complaint:

☑ Continued on the attached sheet.

Sworn to and executed by reliable electronic means, and attested telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Approved by AUSA Matthew Phelps

Date: 07/25/2021 at 10:09 p.m.

City and state: McAllen, Texas

/s/ Joe M. Salinas
*Complainant's signature*

Joe M. Salinas / HSI Special Agent
*Printed name and title*

*Judge's signature*

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

## Attachment "A"

On July 25, 2021, Thomas GONZALEZ, a United States citizen, arrived at the Anzalduas Port of Entry (POE) in Mission, Texas and presented himself for inspection. GONZALEZ was driving a black 2011 Chevrolet Tahoe which was registered under his name, and he was referred for a secondary inspection due to a system generated referral.

During the secondary inspection, a scan of the vehicle revealed anomalies present in the vehicle tires and a Customs and Border Protection (CBP) K-9 alerted to the presence of drugs in the vehicle.

Homeland Security Investigations (HSI) Special Agents (SAs) Joe Michael Salinas and Alexander Busch responded to the Anzalduas POE for investigative assistance and conducted an interview of GONZALEZ. During the interview, GONZALEZ admitted to knowledge that he was smuggling drugs, which he believed to be methamphetamine, concealed in his vehicle tires into the United States from Mexico. GONZALEZ stated that he was going to be paid an undetermined amount of US currency for his role. GONZALEZ admitted that this was not the first time he participated in drug smuggling and stated that he had previously been compensated a total of approximately $12,500 for at least two other trips.

A physical inspection of the vehicle tires revealed a total of twenty-four (24) packages of a crystal-like substance which field tested positive for the properties of methamphetamine. The packages were concealed in aftermarket compartments welded to the tire rims. The total weight of the methamphetamine extracted from the vehicle tires was 51.10 kilograms.